United States District Court
Southern District of Texas

**ENTERED**

July 17, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Herlinda Ramirez Ortiz, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-4486 |
| | § | |
| Markwayne Mullin, *et al.*,[1] | § | |
| | § | |
| Respondents. | § | |

## ORDER DISMISSING PETITION

Before the Court is Respondents' Notice of Removal indicating that Petitioner Herlinda Ramirez Ortiz has been removed from the United States. Doc. 7.

Petitioner's removal renders the sole challenge in her Petition—her detention—non-justiciable. *See* Doc. 1. The Petition is therefore DISMISSED AS MOOT. The Clerk of Court is directed to CLOSE this case.

The action shall be restored to the docket upon Petitioner's request and her demonstration that any aspect of the Petition has not been rendered moot by her removal.

A final judgment will be entered separately.

**SO ORDERED.**

---

[1] Petitioner named Bret Bradford in his official capacity as United States Immigration and Customs Enforcement's Enforcement and Removal Operations Field Office Director for the Houston area. *See* Doc. 1. Because Mr. Bradford ceased to hold office while this action remained pending, the Court substitutes his successor's name, Patrick Contreras. Fed. R. Civ. P. 25(d).

**SIGNED** at Houston, Texas, on the 17th of July, 2026.

_____

Nicholas J. Ganjei
United States District Judge